IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALANA MAY RUSSELL,<br><br>Defendant. | CR 18-160-BLG-SPW-TJC<br><br>**ORDER ON MOTION TO VACATE PRELIMINARY HEARING** |

Before the Court is Defendant's Unopposed Motion to Vacate Preliminary Hearing. (Doc. 29.) The grounds for said motion are that "the office of L. Sanford Selvey, III, has requested that the matter be vacated."

The Court has been advised, however, that Mr. Selvey is out of the country until on or about March 26, 2019 and is not available to represent Defendant. Nevertheless, Defendant requires representation in the pending motion to revoke her pretrial release (Doc. 24), and in any detention hearing which may be held in connection with that motion. Therefore, the Court has issued an order appointing Cammi J. Woodward to represent the Defendant at every stage of the proceedings until Mr. Selvey returns to the district.

IT IS FURTHER ORDERED, that Defendant's motion to vacate the preliminary hearing is denied at this time. The parties shall appear on March 12, 2019, at 3:00 p.m. to complete Defendant's appearance of the government's motion to revoke her pretrial release. If she chooses to do so, Defendant may waive her right to a preliminary hearing at that time.

DATED this 11th day of March, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge