FILED

NOV -7 2019

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALANA MAY RUSSELL,<br><br>Defendant. | CR 18-160-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, ALANA MAY RUSSELL is hereby released from the custody of the U.S. Marshals Service.

DATED this 7TH day of November, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1